# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 08-1196 JSL (FFM) | Date | February 20, 2009 |
|---|---|---|---|
| Title | TRACY ORLANDO EVANS v. VANTUIENEN, JOHN, et al. | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE**

The original complaint in this matter was filed on September 8, 2008. On October 10, 2008, this Court entered an order directing service of process on defendants by February 9, 2009.

Pursuant to Federal Rule of Civil Procedure 4(m), plaintiff is required to serve the summons and complaint on defendants within 120 days of filing the complaint. That date has since passed. Therefore, plaintiff is ordered to show cause within 30 days of the date of this order, why this action should not be dismissed for failure to serve process.

|  | : |  |
|---|---|---|
| Initials of Preparer | | JM |