FILED
CLERK, U.S. DISTRICT COURT

JUL 29 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

TRACY ORLANDO EVANS,  ) Case No. EDCV 08-1196 SJO (FFM)
                     )
          Plaintiff, ) ORDER ADOPTING FINDINGS,
                     ) CONCLUSIONS AND
     v.              ) RECOMMENDATIONS OF
                     ) UNITED STATES MAGISTRATE JUDGE
VANTUINEN, JOHN, OFFICER, et )
al.,                 )
                     )
          Defendants. )

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that Judgment be entered dismissing this action without prejudice.

DATED: 7/29/09

_____
S. JAMES OTERO
United States District Judge