FILED
CLERK, U.S. DISTRICT COURT
JUL 29 2009
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| TRACY ORLANDO EVANS,<br><br>     Plaintiff,<br><br>     v.<br><br>VANTUINEN, JOHN, OFFICER, et al.,<br><br>     Defendants. | Case No. EDCV 08-1196 SJO (FFM)<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that plaintiff take nothing by his Complaint and that this action is dismissed without prejudice.

DATED: 7/29/09

S. JAMES OTERO
United States District Judge